RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 1/11/2010
BY

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 03-30013-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| KENNETH E. WINES | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, for the reasons set forth in this Court's Ruling and in the Magistrate Judge's Report and Recommendation, to the extent adopted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [Doc. No. 247] is **DENIED**.

MONROE, LOUISIANA, this 8 day of January, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE