RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 1/12/2010
BY DD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES | CRIMINAL NO. 03-30013-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| KENNETH EARL WINES | MAG. JUDGE KAREN L. HAYES |

## MEMORANDUM ORDER

Based on the Court's May 16, 2005 Judgment [Doc. No. 208], Defendant Kenneth Earl Wines ("Wines") is currently serving a term of imprisonment of 360 months on Counts 1, 2 & 3, to run concurrently, and 60 months on Count 4, to run consecutively to Counts 1, 2 & 3, for a total term of imprisonment of 420 months.

On August 11, 2008, after having conducted a *sua sponte* review of Wines' sentence under 18 U.S.C. § 3582(c)(2), the Court issued an order [Doc. No. 255] indicating that it intended to reduce Wines' term of imprisonment to 324 months on Counts 1, 2 & 3, to run concurrently, and 60 months on Count 4, to run consecutively to Counts 1, 2 & 3, for a total term of imprisonment of 384 months. In the Court's order, the Government and the Office of the Federal Public Defender, which has been appointed to represent Wines, were instructed to file a notice by October 6, 2008, stating whether they had objections to the Court's finding and whether they requested a hearing.

However, on September 16, 2008, the Court issued a Minute Entry [Doc. No. 261] addressing the relationship between Wines' then-pending motion under 28 U.S.C. § 2255 and the Court's *sua sponte* review of his sentence under 18 U.S.C. § 3582(c)(2). Because the ruling on Wines' § 2255 motion had the potential to affect his term of imprisonment, the Court stayed the time for a response by the Government and the Office of the Federal Public Defender to the Court's

August 11, 2008 Order. The Court stated that, once a ruling on Wines' § 2255 motion issued, the Court would review Defendant's eligibility for reduction again, if necessary, and would re-set the deadline for filing of notices.

The Court has now issued a Judgment adopting the Report and Recommendation of Magistrate Judge Karen L. Hayes and denying and dismissing Wines' § 2255 motion. [Doc. Nos. 301 & 302]. Accordingly, the Court is now called upon to again review Wines' sentence under § 3582(c)(2).

Given the Court's denial of Wines' § 2255 motion and having again reviewed the Probation Office's re-calculation of the applicable Guideline range of imprisonment and the record in this matter, the Court finds that its August 11, 2008 Order correctly calculated the appropriate reduction in this matter. The Court intends to reduce Wines' term of imprisonment to 324 months on Counts 1, 2 & 3, to run concurrently, and 60 months on Count 4, to run consecutively to Counts 1, 2 & 3, for a total term of imprisonment of 384 months.

IT IS ORDERED that the United States Attorney's Office and either the Office of the Federal Public Defender appointed to represent Wines or an attorney retained to represent Wines shall file by February 10, 2010, a notice stating (1) whether a hearing is requested or waived and (2) whether there are objections to the re-calculation and/or to the Court's proposed term of imprisonment. The Court notes that the Government filed a response [Doc. No. 260] to the Court's August 11, 2008 Order, but may supplement that response or file a notice adopting its previous response.

MONROE, LOUISIANA, this 12th day of January, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE