# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 03-30013 |
| VERSUS | JUDGE ROBERT G. JAMES |
| KENNETH EARL WINES | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED that the Motion to Vacate, Set Aside, or Correct Sentence [Doc. No. 397] filed by Defendant Kenneth Earl Wines is hereby TRANSFERRED to the Fifth Circuit Court of Appeals for a determination of whether the successive petition should be allowed.

MONROE, LOUISIANA, this 1st day of August, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE